```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

        -against-                                     :        11 Cr. 576 (WHP)

BERNARD FOLKS                                       :        ORDER

                            Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        On September 10, 2014, the Court received the attached letter dated September 6, 2014 and now forwards it to counsel. The originals will be filed under seal. This action has been terminated and in the absence of any pending proceeding no further action will be taken.

Dated: September 11, 2014
      New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III,
                                                  U.S.D.J.

*Counsel of Record:*

Nola B. Heller
Santosh Aravind
U.S. Attorney's Office, SDNY
*Counsel for Government*

Avraham C. Moskowitz, Esq.
*Counsel for Defendant*